**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 4, 2022

By ECF
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __5/4/2022__

**MEMO ENDORSED**

Re:   **United States v. Humberto Bello**
      **22 Cr. 163 (ER)**

Dear Judge Ramos,

   I write to respectfully request that the Court adjourn the status conference currently scheduled for Friday, May 6, 2022, for approximately 30 days. The Government, by Assistant United States Attorney Alexander Li, consents to this application.

   Undersigned counsel needs additional time to review the discovery with Mr. Bello, who is currently incarcerated at MDC Brooklyn. The requested adjournment should enable us to complete that process.

   Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

   Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Bello

---

The May 6 pretrial conference is adjourned to June 8, 2022 at 11 a.m. Speedy trial time is excluded from May 6, 2022 until June 8, 2022, in the interest of justice.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __5/4/2022__
New York, New York