# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 17, 2022

By ECF
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The amended schedule for pretrial motions is approved.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: ___8/17/2022_____
New York, New York

Re:  **United States v. Humberto Bello**
     **22 Cr. 163 (ER)**

Dear Judge Ramos,

   I write to respectfully request that the Court extend the deadlines for pretrial motions by 30 days. The Government, by Assistant United States Attorney Alexander Li, consents to this application.

   I filed my notice of appearance today and am taking the case over from my colleague Sylvie Levine. I will need additional time to meet with Mr. Bello, review discovery, and prepare pretrial motions. I ask the Court to endorse the following amended schedule for pretrial motions:

   Motions: September 19, 2022
   Response: October 19, 2022
   Reply: October 31, 2022

   Thank you for your consideration.

                                                     Respectfully submitted,

                                                     /s/
                                                     Zawadi S. Baharanyi
                                                     Counsel for Mr. Bello
                                                     Federal Defenders of NY
                                                     917-612-2753