**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 6, 2023

**MEMO ENDORSED**

BY ECF
Honorable Judge Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   United States v. Humberto Bello
      22 Cr. 163 (ER)

Dear Judge Ramos,

I write to request that the Court reschedule Humberto Bello's change of plea conference from Friday, April 7 to Friday, April 14. The additional time is requested to adequately prepare Mr. Bello for the change of plea hearing.

I understand from the Court's Deputy that the Court is available on April 14 at 11:30 A.M. This date and time works for both the defense and government.

Thanks you for your consideration of this request.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender of New York
Counsel for Humberto Bello

cc:   AUSA Alexander Li.

---

The change of plea hearing is adjourned to April 14, 2023 at 11:30 a.m.

**SO ORDERED:**

*[signature]*

**HONORABLE EDGARDO RAMOS
United States District Judge**
Dated:  April 6, 2023