**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 19, 2023

**MEMO ENDORSED**

**BY ECF**
Honorable Judge Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   **United States v. Humberto Bello**
      **22 Cr. 163 (ER)**

Dear Judge Ramos,

With the consent of the Government, I write to request that the Court extend the deadline for the defense's sentencing submission from July 21 to July 24 (with a corresponding extension of the Government's submission to July 31).

I am currently at NCDC Trial Institute and need additional time to prepare Mr. Bello's submission. Moreover, my office retained a forensic psychologist to evaluate Mr. Bello. This expert recently completed the report and I need additional time to incorporate the evaluation into the defense sentencing submission. As noted above, the Government consents to this request.

Thank you for your consideration of this request.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender of New York
Counsel for Humberto Bello

cc:   AUSA Alexander Li.

---

Defendant's sentencing submission is due July 24, 2023 and the government's submission is due July 31, 2023.

SO ORDERED:
_____
HONORABLE EDGARDO RAMOS
United States District Judge
Dated:  July 20, 2023